**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| PETERSON, LYNDA S. | ) | |
| | ) | CASE NO. 06-12408 BB |
| LOWRY, LYNDA S. | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1.   NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

      At:    Will County Court Annex, 57 N. Ottawa St., Room 201, Joliet, IL 60432

      on:    **August 15, 2008**
      at:    **9:15 a.m.**

2.   The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.   The Trustee's Final Report shows total:

    a. Receipts    $ 8,552.67

    b. Disbursements    $ 0.00

    c. Net Cash Available for Distribution    $ 8,552.67

4.   Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ | $ 1,605.27 | $ 122.81 |

5.   In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $31,142.11, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 21.91%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Arlene R. Peterson | $ 31,142.11 | $ 6,824.59 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Cash on Hand
    b. Checking Accounts
    c. Savings Account
    d. Security Deposits
    e. Household Goods
    f. Misc. VHS, DVD's & CD's
    g. Wearing Apparel
    h. Misc. Jewelry
    i. 401K
    j. IRA
    k. Trust Reimbursement

Dated:   **July 16, 2008**         For the Court,

By:   **KENNETH S. GARDNER**
    Kenneth S. Gardner
    Clerk of the United States Bankruptcy Court
    219 S. Dearborn Street, 7th Floor
    Chicago, IL  60604

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

2408    Doc 24    Filed 07/16/08    Entered 07/19/08 00:37:34    Desc Imaged
Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1           User: amcc7              Page 1 of 1             Date Rcvd: Jul 16, 2008
Case: 06-12408                 Form ID: pdf002          Total Served: 10

The following entities were served by first class mail on Jul 18, 2008.
db           +Lynda S. Peterson,    1053 Ashley Court #3D,    Lockport, IL 60441-4017
aty          +John C Renzi,    June Prodehl & Renzi LLC,    1861 Black Road,    Joliet, IL 60435-3591
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
10940392     +Arlene Peterson,    829 Winter Park Drive,    New Lenox, IL 60451-3106
11070941     +Arlene R. Peterson,    820 Winter Park Drive,    New Lenox, IL 60451-3104
11070943     +Arlene R. Peterson,    829 Winter Park Drive,    New Lenox, IL 60451-3106
10940393      Capital One,    P.O. Box 60000,    Seattle, WA 98190-6000
10940394     +Citifinancial Auto,    P.O. Box 183036,    Columbus, OH 43218-3036
10940395     +Discover Bank,    c/o Baker, Miller, Markoff & Krasny,    29 N. Wacker Dr. 5th Fl.,
               Chicago, IL 60606-3227
10940396     +Washington Mutual,    c/o Management Services Incorporate,    655 Pullman Ave.,
               Rochester, NY 14615-3334

The following entities were served by electronic transmission.
NONE.                                                                                     TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 18, 2008          Signature: *Joseph Speetjens*