IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| PETERSON, LYNDA S. | ) | |
| | ) | CASE NO. 06-12408 BB |
| LOWRY, LYNDA S. | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

1. Trustee's compensation                     $         1,605.27

2. Trustee's expenses                         $           122.81

                                    TOTAL     $         1,728.08

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

1. Attorney for the Trustee
   a. Compensation                            $             0.00

   b. Expenses                                $             0.00

2. Accountant for the Trustee
   a. Compensation                            $             0.00

   b. Expenses                                $             0.00

3. Other Professionals                        $             0.00

                                    TOTAL     $             0.00

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

Dated: __15 AUG 2008__                        /s/ Bruce W. Black

                    ENTERED: _____
                             BRUCE W. BLACK
                             UNITED STATES BANKRUPTCY JUDGE